CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/29/2022
JULIA C. DUDLEY, CLERK
BY: s/ C. Amos
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UTHRESHA B., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 6:20-cv-00067 |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner ) | |
| Of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER

AND NOW, this  29th  day of April 2022, upon consideration of Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act (EAJA) and the Acting Commissioner's Response thereto, it is hereby,

**ORDERED**

that Plaintiff, Uthresha Renea Branham, is awarded attorney fees under EAJA in the amount of Three-Thousand, Eight-Hundred, Seventy-One dollars and 50/100 cents ($3,871.50). These attorney fees will be paid directly to Plaintiff, Uthresha Renea Branham, and sent to the business address of Plaintiff's counsel, Joel C. Cunningham, Jr. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the government that Plaintiff owes no qualifying, pre-existing debt(s) to the government. If such a debt(s) exists, the government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE